## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CHARLENE SCHMITZ,**

        **Petitioner,**

**v.**                       **Case No.   4:15cv248-MW/CJK**

**JONES, Warden,**

        **Respondent.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 16, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 16.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The Amended Petition for writ of habeas corpus, ECF No. 9, filed pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction."  The Clerk shall close the file.

**SO ORDERED on December 5, 2015.**

                          **s/Mark E. Walker**_____
                          **United States District Judge**